UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER JAY SANCHEZ,

    Plaintiff,

v.

KAREN BRUNSON *et al*.,

    Defendants,

Case No. C08-5611FDB

REPORT AND RECOMMENDATION

**NOTED FOR**:
**November 14, 2008**

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Plaintiff has moved to dismiss his complaint prior to the court considering plaintiff's motion for in forma pauperis status (Dkt. # 3).

Fed. R. Civ. P. 41 (a)(1) gives a plaintiff the right to dismiss his own action at any time prior filing of an answer or motion for summary judgment. An order of the court is not needed. Here, plaintiff has notified the court he does not wish to proceed and this action should be **DISMISSED WITHOUT PREJUDICE**.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. <u>Thomas v.</u>

REPORT AND RECOMMENDATION
Page - 1

1 | Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to
2 | set the matter for consideration on **November 14, 2008,** as noted in the caption.

DATED this 22 day of October, 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge