UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER JAY SANCHEZ,

Plaintiff,

v.

KAREN BRUNSON, et al.,

Defendant.

Case No. C08-5611 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING RULE 41(a) DISMISSAL

This matter comes before the Court on the recommendation of the Magistrate Judge that Plaintiff's motion to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41 be granted. There being no opposition to the motion, the Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelly Arnold, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Rule 41 motion to dismiss without prejudice [Dkt. # 3] is **GRANTED**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Kelly Arnold.

DATED this 17th day of November, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1