# United States District Court

WESTERN DISTRICT OF WASHINGTON

Christopher Jay Sanchez

        v.

Karen Brunson, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5611FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1 That the Court adopts the Report and Recommendation; and

2. That Plaintiff's Rule 41 motion to dismiss without prejudice [Dkt. #3] is **GRANTED**.

November 18, 2008             BRUCE RIFKIN
                                                              Clerk

                                                      J.L. Patton
                                                  Deputy Clerk